**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 12-6418**

—————————

ANTONIO VERA ALANIS,

                Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA, (Federal Bureau of Prisons);
SAMUEL STANLEY; W. MCCOLLUM; J. BRADFORD,

                Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.    William A. Webb,
Magistrate Judge. (5:10-ct-03073-BO)

—————————

Submitted: June 21, 2012              Decided: June 26, 2012

—————————

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Antonio Vera Alanis, Appellant Pro Se.  Seth Morgan Wood, OFFICE
OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina; William
Eric Freeman, MOORE & VAN ALLEN, Morrisville, North Carolina;
Drew Kyle Kifner, MOORE & VAN ALLEN, Research Triangle Park,
North Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Vera Alanis appeals the district court's order denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Alanis v. United States, No. 5:10-ct-3073-BO (E.D.N.C. Dec. 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED